STATE OF NEW JERSEY v. EDWARD RANSOM.

May 30, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. JOHN HALL.

May 30, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. JOSEPH HUGHES.

May 30, 1985.

Petition for certification denied.   (See 199 *N.J.Super.* 173)

STATE OF NEW JERSEY v. CARMINE LAVALLE.

May 30, 1985.

Petition for certification denied.

ALFRED G. ROTHMAN v. DAVID L. MURPHY.

May 30, 1985.

Petition for certification denied.